

# Fourth Court of Appeals
## San Antonio, Texas

May 30, 2014

No. 04-13-00720-CV

Marilyn **STEWART**,
Appellant

v.

**THE CITY OF SAN ANTONIO**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-09344
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

   Appellant seeks to appeal the trial court's order granting a permanent injunction and authorizing the City of San Antonio to demolish the structure on the property located at 1010 Denver, San Antonio, Bexar County, Texas. The order was signed on October 1, 2013. It is unclear from the record whether the demolition has occurred. The demolition of the structure would moot this appeal. *Gruebel v. City of Nacogdoches*, No. 12-04-00176-CV, 2005 WL 612719, at *1 (Tex. App.—Tyler Mar. 16, 2005, no pet.). It is therefore ORDERED that appellant file a written response in this court no later than fifteen days from the date of this order stating whether this appeal has become moot by the demolition of the structure. The City of San Antonio is also ORDERED to file a written response in this court no later than fifteen days from the date of this order providing information on the current status of the structure.

_____
Catherine Stone, Chief Justice

   IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court